IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-87-D

| | |
|---|---|
| CARLOS MONGE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

On May 10, 2016, plaintiff filed a motion to remand [D.E. 8]. Defendant did not respond. The motion to remand [D.E. 8] is GRANTED, and the action is REMANDED to Onslow County Superior Court.

SO ORDERED. This 16 day of September 2016.

                                            JAMES C. DEVER III
                                            Chief United States District Judge